# Schedule A

| **Defendant Online Marketplaces** |
|---|---|---|
| **No.** | **Name/Seller Alias** | **Marketplace URL** |
| 1. | YEKEYI | https://www.walmart.com/seller/102770199 |
| 2. | Mlongo | https://www.walmart.com/seller/102766643 |
| 3. | Ujnder Apparel | https://www.walmart.com/seller/102766092 |
| 4. | Dowellia | https://www.walmart.com/seller/102763582 |
| 5. | zhusulian | https://www.walmart.com/seller/102900241 |
| 6. | Glisme Clothes | https://www.walmart.com/seller/102769482 |
| 7. | Preferred Market | https://www.walmart.com/seller/102924549 |
| 8. | Viasears Beauty Inc | https://www.walmart.com/seller/101075092 |
| 9. | XIANGWE | https://www.walmart.com/seller/102611524 |
| 10. | Su Rou Trading | https://www.walmart.com/seller/102725818 |
| 11. | Fgnfyis Clothing | https://www.walmart.com/seller/101625786 |
| 12. | Benchu025 | https://www.ebay.com/str/benchu025 |
| 13. | billion.storee | https://www.ebay.com/str/billionstoree |
| 14. | Manuni620 | https://www.ebay.com/str/manuni620 |
| 15. | Rintend-64 | https://www.ebay.com/str/rintend64 |
| 16. | MiFaWud Boutique | https://www.ebay.com/str/trendichiqueboutique |
| 17. | Gili_il2014 | https://www.ebay.com/str/giliil2014 |
| 18. | thevaluemaxmarket | https://www.ebay.com/str/thevaluemaxmarket |

1

| 19. | kobi.bengalim | https://www.ebay.com/str/kobibengalim |
|---|---|---|
| 20. | ebpopebpop | https://www.ebay.com/str/ebpopebpop |
| 21. | StyleAmercia | https://www.ebay.com/str/styleamercia |
| 22. | kobyph | https://www.ebay.com/str/kobyph |
| 23. | Fahro47 | https://www.ebay.com/str/fahro47 |
| 24. | Yehezkedavi_0 | https://www.ebay.com/str/yehezkedavi0 |
| 25. | Lemon Accessories | https://us.shein.com/store/home?store_code=3643795077 |
| 26. | UrbanCharm | https://us.shein.com/store/home?store_code=6026580588 |
| 27. | Miro | https://us.shein.com/store/home?store_code=3442081040 |
| 28. | SM Life Goodies | https://us.shein.com/store/home?store_code=3409188099 |
| 29. | Rosoz | https://www.amazon.com/sp?seller=A3S5PDZDRB8HRO |
| 30. | MaxLand | https://www.amazon.com/sp?seller=A10C8GIFWE7ZU0 |
| 31. | Meitving | https://www.amazon.com/sp?seller=A2S0NTMUWU9MHR |
| 32. | c Singing all the way a | https://www.temu.com/mall.html?mall_id=634418226340643 |
| 33. | BChenshoulian | https://www.temu.com/mall.html?mall_id=634418227139228 |
| 34. | Beauty MS | https://www.temu.com/mall.html?mall_id=634418223476563 |
| 35. | andHouseholdGoods | https://www.temu.com/mall.html?mall_id=634418228704774 |
| 36. | Manan costume | https://shop.tiktok.com/us/store/manan-costume/8646925975662137501 |

2

# Exhibit 1

**Registration Number**

## VA 2-372-569

**Effective Date of Registration:**
September 26, 2023
**Registration Decision Date:**
November 28, 2023

## Title

**Title of Work:**  Sun Visor Hat On A Lady With Ponytail Messy Bun Hair

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** January 17, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** NANJING NAQIU TRADING CO.,LTD
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** NANJING NAQIU TRADING CO.,LTD
Room 726,building 4,District 8,Xuri Love City, o.12, Shuanglong North Road, Jiangbei New District, Nanjing,, 210000, China

## Rights and Permissions

**Organization Name:** NANJING NAQIU TRADING CO.,LTD
**Address:** Room 726,building 4,District 8,Xuri Love City
no.12, Shuanglong North Road,Jiangbei New District
Nanjing, 210000 China

## Certification

**Name:** Zong Yun Miao
**Date:** September 26, 2023

# Exhibit 2

Registration Number

## VA 2-464-046

**Effective Date of Registration:**
August 08, 2025
**Registration Decision Date:**
September 22, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** April 03, 2019 to April 03, 2019

## Title

| | |
|---|---|
| **Title of Group:** | Sun Hats for Women Wide Brim Beach Hat 2019 |
| **Number of Photographs in Group:** | 4 |
| • **Individual Photographs:** | Photo_001, Photo_002, Photo_003, Photo_004 |
| **Published:** | April 2019 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Earliest Publication Date in Group:** | April 03, 2019 |
| **Latest Publication Date in Group:** | April 03, 2019 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | NANJING NAQIU TRADING CO.,LTD |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

**Copyright Claimant:** NANJING NAQIU TRADING CO.,LTD
Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing, Nanjing, 210000, China

## Rights and Permissions

        **Name:**  Zongyun Miao
        **Email:**  hnqc8888@163.com
    **Address:**  Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing
                 Nanjing 210000 China

## Certification

        **Name:**  Zongyun Miao
         **Date:**  August 08, 2025

---

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding basis for registration: Regarding basis of registration, registration as one (1) work (an infographic), based on work-as-a-whole comprised of photos, graphics, and textual elements.  Mere short textual content, colors alone, and spatial format are not copyrightable nor registered.  17 USC 102(a) and 37 CFR 202.1.  Useful articles depicted  not copyrightable and not registered.  17 USC 101 and 113.

# Exhibit 3

Registration Number
## VA 2-464-048
**Effective Date of Registration:**
August 08, 2025
**Registration Decision Date:**
September 22, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** December 21, 2021 to December 21, 2021

## Title

| | |
|---|---|
| **Title of Group:** | Sun Hats for Women Wide Brim Beach Hat 2021 |
| **Number of Photographs in Group:** | 10 |
| • **Individual Photographs:** | Photo_001, Photo_002, Photo_003, Photo_004, Photo_005, Photo_006, Photo_007, Photo_008, Photo_009, Photo_010 |
| **Published:** | December 2021 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | December 21, 2021 |
| **Latest Publication Date in Group:** | December 21, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | NANJING NAQIU TRADING CO.,LTD |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

**Copyright Claimant:** NANJING NAQIU TRADING CO.,LTD
Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District,
Nanjing, Nanjing, 210000, China

## Rights and Permissions

**Name:** Zongyun Miao
**Email:** hnqc8888@163.com
**Address:** Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District,
Nanjing
Nanjing 210000 China

## Certification

**Name:** Zongyun Miao
**Date:** August 08, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding basis for registration: Regarding basis of registration, registration as one (1) work (an infographic), based on work-as-a-whole comprised of photos, graphics, and textual elements. Mere short textual content, colors alone, and spatial format are not copyrightable nor registered. 17 USC 102(a) and 37 CFR 202.1. Useful articles depicted not copyrightable and not registered. 17 USC 101 and 113.

# Exhibit 4

Registration Number

**VA 2-464-050**

**Effective Date of Registration:**
August 08, 2025
**Registration Decision Date:**
September 22, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 03, 2022 to December 10, 2022

### Title

| | |
|---|---|
| **Title of Group:** | Sun Hats for Women Wide Brim Beach Hat 2022 |
| **Number of Photographs in Group:** | 18 |

- **Individual Photographs:** Photo_001, Photo_002, Photo_003, Photo_004, Photo_005, Photo_006, Photo_007, Photo_008, Photo_009, Photo_010, Photo_011, Photo_012, Photo_013, Photo_014, Photo_015, Photo_016, Photo_017, Photo_018

**Published:** December 2022

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | January 03, 2022 |
| **Latest Publication Date in Group:** | December 10, 2022 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | NANJING NAQIU TRADING CO.,LTD |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

**Copyright Claimant:** NANJING NAQIU TRADING CO.,LTD
Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District,
Nanjing, Nanjing, 210000, China

## Rights and Permissions

| | |
|---|---|
| **Name:** | Zongyun Miao |
| **Email:** | hnqc8888@163.com |
| **Address:** | Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing Nanjing 210000 China |

## Certification

| | |
|---|---|
| **Name:** | Zongyun Miao |
| **Date:** | August 08, 2025 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding basis for registration: Regarding basis of registration, registration as one (1) work (an infographic), based on work-as-a-whole comprised of photos, graphics, and textual elements. Mere short textual content, colors alone, and spatial format are not copyrightable nor registered. 17 USC 102(a) and 37 CFR 202.1. Useful articles depicted not copyrightable and not registered. 17 USC 101 and 113.

# Exhibit 5

**Registration Number**

# VA 2-464-051

**Effective Date of Registration:**
August 08, 2025
**Registration Decision Date:**
September 22, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:  March 23, 2023 to May 20, 2023

## Title

|  |  |
|---|---|
| **Title of Group:** | Sun Hats for Women Wide Brim Beach Hat  2023 |
| **Number of Photographs in Group:** | 3 |
| • **Individual Photographs:** | Photo_001, Photo_002, Photo_003 |
| **Published:** | May 2023 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2023 |
| **Earliest Publication Date in Group:** | March 23, 2023 |
| **Latest Publication Date in Group:** | May 20, 2023 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | NANJING NAQIU TRADING CO.,LTD |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | NANJING NAQIU TRADING CO.,LTD
Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing, Nanjing, 210000, China |

## Rights and Permissions

|        |                                                                                      |
| ------ | ------------------------------------------------------------------------------------ |
| **Name:** | Zongyun Miao |
| **Email:** | hnqc8888@163.com |
| **Address:** | Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing<br>Nanjing 210000 China |

## Certification

|        |                  |
| ------ | ---------------- |
| **Name:** | Zongyun Miao |
| **Date**: | August 08, 2025 |

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding basis for registration: Regarding basis of registration, registration as one (1) work (an infographic), based on work-as-a-whole comprised of photos, graphics, and textual elements.  Mere short textual content, colors alone, and spatial format are not copyrightable nor registered.  17 USC 102(a) and 37 CFR 202.1.  Useful articles depicted  not copyrightable and not registered.  17 USC 101 and 113.

# Exhibit 6

**Registration Number**

# VA 2-464-052

**Effective Date of Registration:**
August 08, 2025
**Registration Decision Date:**
September 22, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: June 14, 2024 to December 29, 2024

### Title _____

| | |
|---|---|
| **Title of Group:** | Sun Hats for Women Wide Brim Beach Hat 2024 |
| **Number of Photographs in Group:** | 12 |
| • **Individual Photographs:** | Photo_001, Photo_002, Photo_003, Photo_004, Photo_005, Photo_006, Photo_007, Photo_008, Photo_009, Photo_010, Photo_011, Photo_012 |
| **Published:** | December 2024 |

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | June 14, 2024 |
| **Latest Publication Date in Group:** | December 29, 2024 |
| **Nation of First Publication:** | United States |

### Author _____

| | |
|---|---|
| • **Author:** | NANJING NAQIU TRADING CO.,LTD |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

|  |  |
|---:|:---|
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---:|:---|
| **Copyright Claimant:** | NANJING NAQIU TRADING CO.,LTD<br>Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing, Nanjing, 210000, China |

## Rights and Permissions

| | |
|---:|:---|
| **Name:** | Zongyun Miao |
| **Email:** | hnqc8888@163.com |
| **Address:** | Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing<br>Nanjing 210000 China |

## Certification

| | |
|---:|:---|
| **Name:** | Zongyun Miao |
| **Date:** | August 08, 2025 |

---

| | |
|---:|:---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.<br><br>Regarding basis for registration: Regarding basis of registration, registration as one (1) work (an infographic), based on work-as-a-whole comprised of photos, graphics, and textual elements. Mere short textual content, colors alone, and spatial format are not copyrightable nor registered. 17 USC 102(a) and 37 CFR 202.1. Useful articles depicted not copyrightable and not registered. 17 USC 101 and 113. |

# Exhibit 7

Registration Number

# VA 2-464-053

**Effective Date of Registration:**
August 08, 2025
**Registration Decision Date:**
September 22, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** December 22, 2021 to December 22, 2021

## Title

|  |  |
|---|---|
| **Title of Group:** | Womens Beach Sun Straw Hat 2021 |
| **Number of Photographs in Group:** | 16 |

- **Individual Photographs:** Photo_001,
  Photo_002,
  Photo_003,
  Photo_004,
  Photo_005,
  Photo_006,
  Photo_007,
  Photo_008,
  Photo_009,
  Photo_010,
  Photo_011,
  Photo_012,
  Photo_013,
  Photo_014,
  Photo_015,
  Photo_016

**Published:** December 2021

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | December 22, 2021 |
| **Latest Publication Date in Group:** | December 22, 2021 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** NANJING NAQIU TRADING CO.,LTD
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** China
**Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** NANJING NAQIU TRADING CO.,LTD
Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing, Nanjing, 210000, China

## Rights and Permissions

**Name:** Zongyun Miao
**Address:** Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing
Nanjing 210000 China

## Certification

**Name:** Zongyun Miao
**Date:** August 08, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding basis for registration: Regarding basis of registration, registration as one (1) work (an infographic), based on work-as-a-whole comprised of photos, graphics, and textual elements. Mere short textual content, colors alone, and spatial format are not copyrightable nor registered. 17 USC 102(a) and 37 CFR 202.1. Useful articles depicted not copyrightable and not registered. 17 USC 101 and 113.

# Exhibit 8

**Registration Number**

## VA 2-464-055

**Effective Date of Registration:**
August 08, 2025
**Registration Decision Date:**
September 22, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** February 23, 2022 to December 09, 2022

## Title
_____

| | |
|---|---|
| **Title of Group:** | Womens Beach Sun Straw Hat 2022 |
| **Number of Photographs in Group:** | 42 |

- **Individual Photographs:** Photo_001,
  Photo_002,
  Photo_003,
  Photo_004,
  Photo_005,
  Photo_006,
  Photo_007,
  Photo_008,
  Photo_009,
  Photo_010,
  Photo_011,
  Photo_012,
  Photo_013,
  Photo_014,
  Photo_015,
  Photo_016,
  Photo_017,
  Photo_018,
  Photo_019,
  Photo_020,
  Photo_021,
  Photo_022,
  Photo_023,
  Photo_024,
  Photo_025,
  Photo_026,
  Photo_027,
  Photo_028,
  Photo_029,
  Photo_030,
  Photo_031,
  Photo_032,
  Photo_033,

Photo_034,
Photo_035,
Photo_036,
Photo_037,
Photo_038,
Photo_039,
Photo_040,
Photo_041,
Photo_042

**Published:** December 2022

## Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** February 23, 2022
**Latest Publication Date in Group:** December 09, 2022
**Nation of First Publication:** United States

## Author

**Author:** NANJING NAQIU TRADING CO.,LTD
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** China
**Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** NANJING NAQIU TRADING CO.,LTD
Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing, Nanjing, 210000, China

## Rights and Permissions

**Name:** Zongyun Miao
**Email:** hnqc8888@163.com
**Address:** Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing
Nanjing 210000 China

## Certification

**Name:** Zongyun Miao
**Date:** August 08, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that

correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding basis for registration: Regarding basis of registration, registration as one (1) work (an infographic), based on work-as-a-whole comprised of photos, graphics, and textual elements. Mere short textual content, colors alone, and spatial format are not copyrightable nor registered. 17 USC 102(a) and 37 CFR 202.1. Useful articles depicted not copyrightable and not registered. 17 USC 101 and 113.

# Exhibit 9

Registration Number

**VA 2-464-056**

**Effective Date of Registration:**
August 08, 2025
**Registration Decision Date:**
September 22, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** April 11, 2023 to July 07, 2023

### Title _____

| | |
|---|---|
| **Title of Group:** | Womens Beach Sun Straw Hat 2023 |
| **Number of Photographs in Group:** | 12 |
| • **Individual Photographs:** | Photo_001, Photo_002, Photo_003, Photo_004, Photo_005, Photo_006, Photo_007, Photo_008, Photo_009, Photo_010, Photo_011, Photo_012 |
| **Published:** | July 2023 |

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Earliest Publication Date in Group:** | April 11, 2023 |
| **Latest Publication Date in Group:** | July 07, 2023 |
| **Nation of First Publication:** | United States |

### Author _____

| | |
|---|---|
| • **Author:** | NANJING NAQIU TRADING CO.,LTD |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

**Citizen of:** China
**Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** NANJING NAQIU TRADING CO.,LTD
Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing, Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing, Nanjing, 210000, China

## Rights and Permissions

**Name:** Zongyun Miao
**Email:** hnqc8888@163.com
**Address:** Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing
Nanjing 210000 China

## Certification

**Name:** Zongyun Miao
**Date:** August 08, 2025

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding basis for registration: Regarding basis of registration, registration as one (1) work (an infographic), based on work-as-a-whole comprised of photos, graphics, and textual elements. Mere short textual content, colors alone, and spatial format are not copyrightable nor registered. 17 USC 102(a) and 37 CFR 202.1. Useful articles depicted not copyrightable and not registered. 17 USC 101 and 113.

# Exhibit 10

**Registration Number**

# VA 2-464-058

**Effective Date of Registration:**
August 08, 2025
**Registration Decision Date:**
September 22, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
      **For Photographs Published:**  May 20, 2025 to June 10, 2025

### Title _____

          **Title of Group:**  Sun Hats for Women Wide Brim Beach Hat  2025
**Number of Photographs in Group:**  3

   •  **Individual Photographs:**  Photo_001,
                        Photo_002,
                        Photo_003
         **Published:**  June 2025

### Completion/Publication _____

       **Year of Completion:**  2025
**Earliest Publication Date in Group:**  May 20, 2025
  **Latest Publication Date in Group:**  June 10, 2025
    **Nation of First Publication:**  United States

### Author _____

  •       **Author:**  NANJING NAQIU TRADING CO.,LTD
    **Author Created:**  photographs
**Work made for hire:**  Yes
      **Citizen of:**  China

### Copyright Claimant _____

    **Copyright Claimant:**  NANJING NAQIU TRADING CO.,LTD
Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing, Nanjing, 210000, China

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Zongyun Miao |
| **Email:** | hnqc8888@163.com |
| **Address:** | Room 726, Building 4, Hongyang Times Center Phase II,Jiangbei New District, Nanjing<br>Nanjing 210000 China |

## Certification

|  |  |
|---|---|
| **Name:** | Zongyun Miao |
| **Date**: | August 08, 2025 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding basis for registration: Regarding basis of registration, registration as one (1) work (an infographic), based on work-as-a-whole comprised of photos, graphics, and textual elements. Mere short textual content, colors alone, and spatial format are not copyrightable nor registered. 17 USC 102(a) and 37 CFR 202.1. Useful articles depicted not copyrightable and not registered. 17 USC 101 and 113.

# Exhibit 11

Registration Number

**VA 2-468-243**

**Effective Date of Registration:**
September 03, 2025
**Registration Decision Date:**
November 26, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 10, 2025 to August 04, 2025

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Outdoor Protection Foldable Bucket Hat |
| **Number of Photographs in Group:** | 52 |

- **Individual Photographs:** Photo_001,
Photo_002,
Photo_003,
Photo_004,
Photo_005,
Photo_006,
Photo_007,
Photo_008,
Photo_009,
Photo_010,
Photo_011,
Photo_012,
Photo_013,
Photo_014,
Photo_015,
Photo_016,
Photo_017,
Photo_018,
Photo_019,
Photo_020,
Photo_021,
Photo_022,
Photo_023,
Photo_024,
Photo_025,
Photo_026,
Photo_027,
Photo_028,
Photo_029,
Photo_030,
Photo_031,
Photo_032,
Photo_033,

Page 1 of 3

Photo_034,
Photo_035,
Photo_036,
Photo_037,
Photo_038,
Photo_039,
Photo_040,
Photo_041,
Photo_042,
Photo_043,
Photo_044,
Photo_045,
Photo_046,
Photo_047,
Photo_048,
Photo_049,
Photo_050,
Photo_051,
Photo_052

**Published:** January 2025

## Completion/Publication

**Year of Completion:** 2025
**Earliest Publication Date in Group:** January 10, 2025
**Latest Publication Date in Group:** August 04, 2025
**Nation of First Publication:** United States

## Author

**Author:** NANJING NAQIU TRADING CO.,LTD
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** China
**Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** NANJING NAQIU TRADING CO.,LTD
Room 726,building 4,District 8,Xuri Love City,no.12,Shuanglong North Road,
Jiangbei New District, Nanjing, 210000, China

## Rights and Permissions

**Organization Name:** NANJING NAQIU TRADING CO.,LTD
**Email:** hnqc8888@163.com
**Address:** Room 726,building 4,District 8,Xuri Love City,no.12,Shuanglong North Road,
Jiangbei New District

Nanjing 210000 China

## Certification

            **Name:**  Zongyun Miao
            **Date**:   September 03, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Exhibit 12

| NO. | Copyright Reg. No. | Copyright Sample | Defendant Store/Seller Name | Item Identifier | Infringing Photo | Product URL |
|---|---|---|---|---|---|---|
| 1. | VA 2-464-052 | | YEKEYI | 16509711248 | | https://www.walmart.com/ip/16509711248 |
| 2. | VA 2-372-569 | | Mlongo | 18937505869 | | https://www.walmart.com/ip/18937505869 |
| 3. | VA-2-372-569 | | Ujnder Apparel | 18188315960 | | https://www.walmart.com/ip/18188315960 |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 40 of 59 PageID #:336

| | | | | | | |
|---|---|---|---|---|---|---|
| 4. | VA 2-464-052 | | Dowellia | 15838803517 | | https://www.walmart.com/ip/1583880351 7 |
| 5. | VA 2-372-569 | | zhusulian | 17004812047 | | https://www.walmart.com/ip/1700481204 7 |
| 6. | VA 2-372-569 | | Glisme Clothes | 17048222948 | | https://www.walmart.com/ip/1704822294 8 |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 41 of 59 PageID #:337

| 7. | VA 2-372-569 | | Preferred Market | 19011363826 | | https://www.walmart.com/ip/19011363826 |
| 8. | VA 2-464-046 | | Viasears Beauty Inc | 301403287 | | https://www.walmart.com/ip/301403287 |
| 9. | VA 2-372-569 | | XIANGWE | 17455912244 | | https://www.walmart.com/ip/17455912244 |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 42 of 59 PageID #:338

| 10. | VA 2-464-053 | | Su Rou Trading | 16165203271 | | https://www.walmart.com/ip/16165203271 |
| 11. | VA 2-372-569 | | Fgnfyis Clothing | 17728121465 | | https://www.walmart.com/ip/17728121465 |
| 12. | VA 2-464-052 | | Benchu025 | 187398312474 | | https://www.ebay.com/itm/187398312474 |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 43 of 59 PageID #:339

| 13. | VA 2-464-052 | | billion.storee | 286501983787 | | https://www.ebay.com/itm/286501983787 |
| 14. | VA 2-372-569 | | Manuni620 | 357824557524 | | https://www.ebay.com/itm/357824557524 |
| 15. | VA-2-464-046 | | Rintend-64 | 306292853172 | | https://www.ebay.com/itm/306292853172 |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 44 of 59 PageID #:340

| | | | | | | |
|---|---|---|---|---|---|---|
| 16. | VA 2-372-569 | | MiFaWud Boutique | 355696472030 | | https://www.ebay.com/itm/355696472030 |
| 17. | VA 2-372-569 | | Gili_il2014 | 326710406419 | | https://www.ebay.com/itm/326710406419 |
| 18. | VA 2-464-058 | | thevaluemax market | 397386501757 | | https://www.ebay.com/itm/397386501757 |

| 19. | VA 2-464-052 | | kobi.bengali m | 267432886182 | | https://www.ebay.com/itm/267432886182 |
| 20. | VA 2-464-053 | | ebpopebpop | 115954255028 | | https://www.ebay.com/itm/115954255028 |
| 21. | VA 2-468-243 | | StyleAmercia | 317170499232 | | https://www.ebay.com/itm/317170499232 |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 46 of 59 PageID #:342

| 22. | VA 2-464-053 | | StyleAmercia | 317066266666 | | https://www.ebay.com/itm/317066266666 |
| 23. | VA 2-464-052 | | StyleAmercia | 317170498690 | | https://www.ebay.com/itm/317170498690 |
| 24. | VA 2-372-569 | | kobyph | 267366058482 | | https://www.ebay.com/itm/267366058482 |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 47 of 59 PageID #:343

| 25. | VA 2-464-051 | | Fahro47 | 406100249061 | | https://www.ebay.com/itm/406100249061? |
| 26. | VA 2-464-051 | | Yehezkedavi_0 | 147150465241 | | https://www.ebay.com/itm/147150465241? |
| 27. | VA 2-372-569 | | Lemon Accessories | 308075060 | | https://us.shein.com/Women-s-Sun-Visor-Hats-p-308075060.html |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 48 of 59 PageID #:344

| | | | | | | |
|---|---|---|---|---|---|---|
| 28. | VA 2-464-052 | | UrbanCharm | 156928022 | | https://us.shein.com/Women-s-Sun-Visor-Hats-p-156928022.html |
| 29. | VA 2-372-569 | | Miro | 19291366 | | https://us.shein.com/Sun-Visor-Hats-p-19291366.html |
| 30. | VA 2-464-050 | | SM Life Goodies | 153411879 | | https://us.shein.com/Women-And-Teenagers-p-153411879.html |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 49 of 59 PageID #:345

| 31. | VA 2-464-052 | | Rosoz | B07Q19ZPHV | | https://www.amazon.com/dp/B07Q19ZPHV?th=1 |
| 32. | VA 2-464-052 | | Rosoz | B0GKFK6DS9 | | https://www.amazon.com/dp/B0GKFK6DS9?th=1 |
| 33. | VA 2-464-052 | | Rosoz | B0DZB5Z34Y | | https://www.amazon.com/dp/B0DZB5Z34Y?th=1 |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 50 of 59 PageID #:346

| 34. | VA 2-464-052 | | Rosoz | B0GKFJXX11 | | https://www.amazon.com/dp/B0GKFJXX11?th=1 |
|-----|--------------|------|-------|------------|------|------|
| 35. | VA 2-464-052 | | Rosoz | B0GKFVSRJ2 | | https://www.amazon.com/dp/B0GKFVSRJ2?th=1 |
| 36. | VA 2-464-052 | | Rosoz | B0DS5DK435 | | https://www.amazon.com/dp/B0DS5DK435?th=1 |

| 37. | VA 2-464-052 | | Rosoz | B0DS5GXRFW | | https://www.amazon.com/dp/B0DS5GXRFW?th=1 |
|-----|--------------|----------------------|-------|------------|----------------------|-------------------------------------------|
| 38. | VA 2-464-052 | | Rosoz | B0DS5BW8PP | | https://www.amazon.com/dp/B0DS5BW8PP?th=1 |
| 39. | VA 2-464-052 | | Rosoz | B0CN8ZZ4YR | | https://www.amazon.com/dp/B0CN8ZZ4YR?th=1 |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 52 of 59 PageID #:348

| 40. | VA 2-464-052 | | Rosoz | B0GKF8R7KV | | https://www.amazon.com/dp/B0GKF8R7KV?th=1 |
| 41. | VA 2-464-052 | | Rosoz | B0GKFNPTKD | | https://www.amazon.com/dp/B0GKFNPTKD?th=1 |
| 42. | VA 2-464-052 | | Rosoz | B0GKFJ5PVT | | https://www.amazon.com/dp/B0GKFJ5PVT?th=1 |

| 43. | VA 2-464-052 | | Rosoz | B0GKFJH9KB | | https://www.amazon.com/dp/B0GKFJH9KB?th=1 |
|-----|--------------|------|-------|------------|------|------|
| 44. | VA 2-464-052 | | Rosoz | B0BQ6MWPB8 | | https://www.amazon.com/dp/B0BQ6MWPB8?th=1 |
| 45. | VA 2-464-052 | | Rosoz | B0GKFV3VGV | | https://www.amazon.com/dp/B0GKFV3VGV?th=1 |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 54 of 59 PageID #:350

| 46. | VA 2-468-243 | | MaxLand | B0DPMW8RKM | | https://www.amazon.com/dp/B0DPMW8RKM?th=1 |
| 47. | VA 2-468-243 | | MaxLand | B0DPMRFRPR | | https://www.amazon.com/dp/B0DPMRFRPR?th=1 |
| 48. | VA 2-464-056 | | Meitving | B0G7W3H6H9 | | https://www.amazon.com/dp/B0G7W3H6H9?th=1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 49. | VA 2-464-056 | | Meitving | B0G7V32FZ1 | | https://www.amazon.com/dp/B0G7V32FZ1?th=1 |
| 50. | VA 2-464-056 | | Meitving | B0G7V9265L | | https://www.amazon.com/dp/B0G7V9265L?th=1 |
| 51. | VA 2-464-053 | | c Singing all the way a | 605773744701014 | | https://www.temu.com/us-zh-Hans/upf80-g-605773744701014.html |

| | | | | | | |
|---|---|---|---|---|---|---|
| 52. | VA-2-464-053 | | BChenshoulian | 6061577416224884 | | https://www.temu.com/us-zh-Hans-g-6061577416224884.html |
| 53. | VA-2-464-053 | | Beauty MS | 60634779390721 2 | | https://www.temu.com/us-zh-Hans/2-g-6063477793907212.html |
| 54. | VA-2-464-053 | | andHousehol dGoods | 605880582013794 | | https://www.temu.com/us-zh-Hans-g-6058805820137944.html |

Case: 1:26-cv-07139 Document #: 1-1 Filed: 06/17/26 Page 57 of 59 PageID #:353

| 55. | VA-2-372-569 | | Manan costume | 17294474382551 65597 | | https://www.tiktok.com/shop/pdp/wide-brim-straw-hat/17294474382551 65597 |

AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. · DATE FILED | US DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 |

| PLAINTIFF<br>Nanjing Naqiu Trading Co., Ltd. d/b/a FURTALK | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified On Schedule "A" |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attachment. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK | DATE |

| 1) Upon initiation of action, mail copy to Register of Copyrights | 2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights | 3) Upon termination of action, mail copy to Register of Copyrights |
|---|---|---|

**DISTRIBUTION:**

4) In the event of an appeal, forward copy to Appellate Court      5) Case File Copy

## ATTACHMENT

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| VA 2-372-569 | Sun Visor Hat On A Lady With Ponytail Messy Bun Hair | Nanjing Naqiu Trading Co., Ltd. |
| VA 2-464-046 | Sun Hats for Women Wide Brim Beach Hat 2019 | Nanjing Naqiu Trading Co., Ltd. |
| VA 2-464-048 | Sun Hats for Women Wide Brim Beach Hat 2021 | Nanjing Naqiu Trading Co., Ltd. |
| VA 2-464-050 | Sun Hats for Women Wide Brim Beach Hat 2022 | Nanjing Naqiu Trading Co., Ltd. |
| VA 2-464-051 | Sun Hats for Women Wide Brim Beach Hat 2023 | Nanjing Naqiu Trading Co., Ltd. |
| VA 2-464-052 | Sun Hats for Women Wide Brim Beach Hat 2024 | Nanjing Naqiu Trading Co., Ltd. |
| VA 2-464-053 | Womens Beach Sun Straw Hat 2021 | Nanjing Naqiu Trading Co., Ltd. |
| VA 2-464-055 | Womens Beach Sun Straw Hat 2022 | Nanjing Naqiu Trading Co., Ltd. |
| VA 2-464-056 | Womens Beach Sun Straw Hat 2023 | Nanjing Naqiu Trading Co., Ltd. |
| VA 2-464-058 | Womens Beach Sun Straw Hat 2025 | Nanjing Naqiu Trading Co., Ltd. |
| VA 2-468-243 | Outdoor Protection Foldable Bucket Hat | Nanjing Naqiu Trading Co., Ltd. |